IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

IN THE MATTER OF

In the Matter of Kimuel Wayne Lee - #141518

_____/

No. C 14-80091 WHA

**ORDER OF SUSPENSION**

Because Kimuel Wayne Lee has failed to respond to the order to show cause, Mr. Lee's membership in the bar of this Court is hereby **SUSPENDED**.

**IT IS SO ORDERED.**

Dated:   May 22, 2014.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE